FILED

03/17/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0729

## IN THE SUPREME COURT OF THE STATE OF MONTANA

## No. DA 19-0729

CHRISTOPHER WAGNER,

      Petitioner and Appellant,

v.

STATE OF MONTANA,

      Respondent and Appellee.

## ORDER EXTENDING TIME TO FILE OPENING BRIEF

Upon reading and filing the Unopposed Motion for Extension of Time to File Opening Brief and Affidavit in Support by attorney Penelope S. Strong, and good cause appearing, wherefore:

**IT IS HEREBY ORDERED** that the Motion is **GRANTED,** and the deadline set to file the Opening Brief in this case is hereby extended from February 26, 2020, to April 15, 2020.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 17 2020